United States District Court
Southern District of Ohio

_____

**Related Case Memorandum**
**Civil Cases**

TO:          Judge Marbley, Judge Sargus and Magistrate Judge Vascura

FROM:     Scott Miller              , Deputy Clerk

DATE:      1/7/26

SUBJECT:  Case Caption:   Williams v. English, et al.

CASE:       Case Number:   Doc. 2:25-cv-1507 1

DISTRICT JUDGE:          Judge Marbley and Magistrate Judge Vascura

                                File Date:    12/23/25

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption:      Williams v. Village of Junction City, et al.

Case Number:    Doc. 2:24-cv-106 2          District Judge:     Sargus

File Date:            1/10/24                        Magistrate Judge:   Vascura

**Related Case(s):**

Case Caption:

Case Number:                                      District Judge:

File Date:                                           Magistrate Judge:

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator      **Scott Miller**
as follows:

**Judges' Response:**

☐    We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒    We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge ___Sargus, Jr.___

☐    We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐    We are unable to agree and will accept any decision made by the Chief Judge.

☐    I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐    I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐    Other Direction of Judge: _____

_____

s/Edmund A. Sargus, Jr. 1/7/2026
United States District Judge

United States District Judge

United States District Judge

Cc:  Courtroom Deputies

*Revised 7/19/2012*