AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| CASEY WILLIAMS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:25-cv-01507 |
| THE VILLAGE OF JUNCTION CITY, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendants The Village of Junction City, Amy English and Edwin Keister                                            .

Date:     01/22/2026

/s/  Matthew S. Teetor
*Attorney's signature*

Matthew S. Teetor    (0087009)
*Printed name and bar number*

TEETOR | WESTFALL
200 E. Campus View Blvd., Ste. 200
Columbus, OH 43235
*Address*

mteetor@teetorlaw.com
*E-mail address*

(614) 412-4000
*Telephone number*

(614) 412-9012
*FAX number*