
Scyld D. Anderson
Donald L. Anspaugh
Sarah A. Lodge
James M. Roper
Matthew S. Teetor
J. Stephen Teetor
Lee (Ike) Westfall
Andrew N. Yosowitz
David A. Herd, *Of Counsel*

**Matthew S. Teetor**
Direct: 614.368.0424
Cell: 614.595.0701
mteetor@teetorlaw.com

May 29, 2024

***Via Facsimile: (740) 687-6693***

The Honorable Judge James A. Fields
Fairfield County Municipal Court
136 West Main Street
Post Office Box 2390
Lancaster, Ohio 43130

Re:    ***State of Ohio v. Casey D. Williams*** - No Case Number Associated – Response to Motion to Return Property

Dear Judge Fields:

My office represents the Village of Junction City in Perry County.  Enclosed please find the Village's response to what appears to be a motion to return property submitted to this Court on behalf of Casey Williams.

I am unsure if your office has received the motion Mr. Williams appears to have submitted on 5/15/24 and I have attempted to contact Mr. Williams' attorney about this alleged "Motion," but I did not receive a response to my inquiry.  I also attempted to contact your office today, but was unable to reach anyone directly.  Out of an abundance of caution, I am submitting the enclosed response to Mr. Williams' "motion to return property" via facsimile since there does not appear to be any active case in Fairfield County Municipal Court relative to Mr. Williams, but it appears that he has made a request for property seized via a lawful warrant to be returned to him.

Should the Court be inclined to schedule a hearing on this matter pursuant to R.C. 2981.03(A)(4), I ask that I be notified on behalf of the Village of Junction City.

I am also copying Mr. Williams' attorney on this transmittal.  Please do not hesitate to contact me if you have any questions or need additional information.

Sincerely,

Matthew S. Teetor

Enclosures
cc:    DanaMarie K. Pannella, Esq. *[via email: dpannella@hmlawohio.com]*

# IN THE FAIRFILED COUNTY MUNICIPAL COURT
## FAIRFIELD COUNTY, OHIO

STATE OF OHIO,                          :

          Plaintiff,          :          Case No. Search Warrant
                                     No Case Number Assigned
vs.                                     :
                                     Judge Fields
CASEY D. WILLIAMS,                       :

          Defendant.          :

## <u>RESPONSE IN OPPOSITION TO MOTION TO RETURN PROPERTY FILED BY CASEY D. WILLIAMS ON BEHALF OF THE VILLAGE OF JUNCTION CITY, OHIO</u>

On May 15, 2024, Defendant Casey D. Williams appears to have filed a "Motion to Return Property" with this Court regarding "property unlawfully seized from him at the time of the execution of [a] search warrant."[1]  Mr. Williams makes many misstatements in his Motion to Return Property, to which the Village of Junction City is compelled to respond.  The primary misstatement is Mr. Williams' claim that he is the owner of a Belgian Malinois dog known as Apollo that was "unlawfully" seized pursuant to a search warrant.

For the reasons stated in the accompanying memorandum, Mr. Williams' "motion to return property" should be denied.

                                Respectfully submitted,

                                _____
                                Matthew S. Teetor         (0087009)
                                TEETOR | WESTFALL
                                200 E. Campus View Blvd., Ste. 200
                                Columbus, Ohio 43235
                                (614) 412-4000 | Fax (614) 412-9012
                                email:  mteetor@teetorlaw.com
                                *Attorney for the Village of Junction City, Ohio*

---

[1] A copy of that "Motion to Return Property" is attached hereto as Exhibit A.  It should be noted that the motion bears no Case Number associated with any proceeding before this Court and the copy received by the Village for Junction City was not time-stamped.  The attorney signatory on the motion was asked if the motion had actually been filed with this Court, but the request was not answered.

**MEMORANDUM**

On January 3, 2024, Amy English became the Chief of Police for the Village of Junction City.[2] Casey Williams, an auxiliary officer for the Village, had briefly been the interim chief while the Village searched for its new Chief of Police.[3]

On January 3, 2024, Chief English requested that Casey Williams return Apollo to the Village, because Apollo was Village property.[4] Mr. Williams refused to return Apollo.[5] Mr. Williams is not trained or qualified to be a handler for a trained police canine like Apollo.[6]

In his motion to return property, Mr. Williams claims that he "received ownership" of Apollo from the former Police Chief for the Village of Junction City, Joey Carr. This is inaccurate. Joey Carr was not and never was the owner of Apollo because Apollo was bought with Village funds.[7] As a result, Mr. Carr could not transfer ownership of Apollo to Mr. Williams – Apollo's ownership was not Mr. Carr's to give.

Next, Mr. Williams appears to cite an unauthenticated "transcript" of a Junction City Council Meeting that occurred on September 6, 2023 for the proposition of the Village did not own Apollo. See Exhibit A, at pp. 3-4. Setting aside the clear issues of admissibility, authenticity, and hearsay concerning this "transcript" of a Village Council meeting for a moment, the actual meeting minutes from the September 6, 2023 Village of Junction City council meeting that Mr. Williams attempts to cite do not contain any official action concerning the relinquishment of ownership of the Village's police canine, Apollo, or the any transfer of ownership of Apollo to

---

[2] See Affidavit of Chief Amy English, at ¶¶ 2-4.
[3] *Id.*, at ¶ 3.
[4] *Id.*, at ¶ 4.
[5] *Id.*
[6] *Id.*, at ¶ 5.
[7] *Id.*, at ¶¶ 4 and 8.

2

Mr. Williams or anyone else.[8]  There is not and never was any action the Village to transfer ownership of the Village's police dog, Apollo, to either Mr. Williams or to Mr. Carr.

More importantly, the dog at issue is evidence in an ongoing criminal investigation, and therefore cannot be returned to Mr. Williams even if he were the owner of the dog – which he is not.[9]

Accordingly, and to the extent that Mr. William's "motion to return property" is before this Court for a decision – which is questionable at best – the Village of Junction City respectfully requests that Mr. Williams "Motion to Return Property" be denied.

Respectfully submitted,

Matthew S. Teetor                    (0087009)
TEETOR | WESTFALL
200 E. Campus View Blvd., Ste. 200
Columbus, Ohio 43235
(614) 412-4000 | Fax (614) 412-9012
email: mteetor@teetorlaw.com
*Attorney for the Village of Junction City, Ohio*

---

[8] Village of Junction City Meeting Minutes for September 6, 2023 attached hereto as Exhibit B.
[9] *See* Affidavit of Chief Amy English, at ¶¶ 4, 8, 10, and 11.

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been served via email and/or via regular

U.S. mail, postage prepaid, this 29th day of May, 2024, upon the following:

DanaMarie K. Pannella  (0090221)
HOLLAND & MUIRDEN
1343 Sharon-Copley Road
P.O. Box 345
Sharon Center, OH 44274
(330) 239-4480 | Fax (330) 239-6224
email: dpannella@hmlawohio.com
*Attorney for Defendant*
*Casey D. Williams*

Matthew S. Teetor  (0087009)

**EXHIBIT A**

IN THE FAIRFIELD COUNTY MUNICIPAL COURT
FAIRFIELD COUNTY, OHIO

| | | |
|---|---|---|
| State of Ohio | : | CASE NO.:  Search Warrant |
|     PLAINTIFF | | No Case Number Assigned |
| | : | |
| -vs- | : | JUDGE:  Field |
| | : | |
| CASEY D. WILLIAMS | : | **MOTION TO RETURN PROPERTY** |
|     DEFENDANT | : | |

Now comes the Defendant, Casey D. Williams, by and through counsel, and moves this Court pursuant to R.C. 2981.03(A)(4) for an order directing the Junction City Police Department to return property unlawfully seized from him at the time of execution of the search warrant to wit: one Belgian Malinois dog known as Apollo. Williams is the owner of this dog, which was unlawfully taken by the Junction City Police Department on January 5, 2024. Williams further requests that the aforementioned dog be returned in the same condition as at the time it was taken. A Memorandum in Support of this Motion is attached.

Respectfully submitted,
HOLLAND & MUIRDEN

DanaMarie K. Pannella (#0090221)
1343 Sharon-Copley Road, P.O. Box 345
Sharon Center, Ohio 44274
(330) 239-4480; Fax (330) 239-6224
E-mail: dpannella@hmlawohio.com

**MEMORANDUM**

1. Law.

There are three recognized methods through which a party may seek the return of property seized during a criminal investigation: (1) a civil replevin action, (2) a motion

within an existing forfeiture proceeding, or (3) a pre or postconviction motion for return of property, including a motion pursuant to R.C. 2981.03(A)(4) seeking the return of unlawfully seized property. *State v. Holloway*, 6th Dist. Wood No. WD-21-021, 2021-Ohio-1843, ¶ 11-24.  R.C. 2981.03(A)(4) states "[a] person aggrieved by an alleged unlawful seizure of property may seek relief from the seizure by filing a motion in the appropriate court that shows the person's interest in the property, states why the seizure was unlawful, and requests the property's return."  If a motion meeting these requirements is filed "before an indictment, information, or a complaint seeking forfeiture of the property is filed, the court shall schedule a hearing on the motion not later than twenty-one days after it is filed." *Id.*  If a motion is filed subsequent to the indictment, information, or forfeiture complaint, "the court shall treat the motion as a motion to suppress evidence." *Id.*

### 2. Facts and Argument.

On or about January 5, 2024, Amy English, the Village of Junction City's Police Chief, who was assisted by numerous City of Lancaster, Ohio police officers, impounded Defendant Williams' dog, Apollo, from his residence in Lancaster, Ohio pursuant to a search warrant issued by the Lancaster Municipal Court. Chief English was the applicant for the search warrant. Chief English was sworn in as the Junction City's new Chief of Police on January 3, 2024, after Mr. Williams resigned as Junction City's interim Chief of Police on the same date. On January 3, 2024, Mr. Williams accepted an auxiliary police officer position with Junction City. Junction City has a police department consisting of two law enforcement officers—Chief English and Mr. Williams.

To this date, Mr. Williams has not been notified of any termination of his position with Junction City.

On January 3, 2024, Chief English and Mr. Williams began a peaceful transition of power of the Chief position, with Chief English and Mr. Williams inventorying his office, records, and equipment. On January 3, 2024, Chief English demanded that Mr. Williams return his dog, Apollo, to Junction City, to which Mr. Williams refused, stating the dog is his personal property. Thereafter, on January 3, 2024, Chief English "suspended" Mr. Williams from his employment and demanded that he leave Junction City's property or he would be charged with trespass.

At all times relevant, Junction City and Chief English were aware that there was a civil dispute ongoing regarding Apollo's ownership. At all times relevant, Junction City and Chief English were aware that Mr. Williams claimed personal ownership of Apollo.

Mr. Williams received ownership of Apollo from the former Junction City Chief of Police, Joey Carr, who used Apollo as a police canine for Junction City. Pursuant to an agreement with Junction City, Junction City purchased the dog for Mr. Carr and Mr. Carr was expected to be the dog's owner in order to avoid Junction City having further financial responsibility for the dog or Mr. Carr's time. Thus, Junction City did not pay Mr. Carr for feeding, exercising, training, and grooming the dog, taking the dog to veterinary visits as needed, and generally caring for the dog, and Mr. Carr treated the dog as his personal pet—*because Apollo was Mr. Carr's personal property.*

Upon Mr. Carr's departure from employment by Junction City, he took Apollo to his home and continued to treat him as his personal pet. Upon information and belief, Junction City did not object to this—*because Apollo was Mr. Carr's personal property.*

This confirmed at a Junction City, Ohio Council Meeting on September 6, 2023 during which the following exchange occurs:

> 08:23 Unknown male citizen #1- "What about the dog?"
> Former Mayor Shawn Ward- "What about the dog?"
> Unknown male citizen #1- "Will he keep the dog?"
> Mayor Ward- "He will keep the dog. We didn't pay any tax dollars on that dog."
>
> 08:50-Unknown citizen: "So it [(the dog)] was donated to him not the town."
> Group consensus of Village Council Mayor and Clerk- "Right"
> Councilman John Clark- "It was either the village could own the dog or the officer."
> *This transcription was prepared from an audio recording of the council meeting, which has been reviewed by Mr. Williams.

About a month later, Mr. Carr contacted Mr. Williams, who was now the Junction City's interim Chief of Police, and asked him if he wanted to accept ownership of Apollo, to which Mr. Williams agreed. Mr. Williams picked up Apollo right away and began feeding, exercising, training, and grooming the dog, taking the dog to veterinary visits as needed, generally caring for the dog, and treating the dog as his personal pet—*because Apollo was Mr. Williams' personal property*. At no point did Mr. Williams have contact with Junction City or its representatives regarding his ownership or care of Apollo until he approached Junction City.

Mr. Williams approached the Junction City at a village council meeting and asked that he be given permission to work Apollo as a police canine on behalf of Junction City, just as Mr. Carr had previously done. Junction City agreed. At all relevant times, Mr. Williams was been responsible for Apollo, regardless of whether Mr. Williams and the dog were on-duty or off-duty. At all relevant times, Mr. Williams housed the dog,

and was been responsible for feeding, exercising, training, and grooming the dog, taking the dog to veterinary visits as needed, and generally caring for the dog. At all relevant times, Mr. Williams spent approximately 25 hours per workweek performing these tasks without pay or other contribution from Junction City.

In November 2023, the now Junction City Mayor Edwin Keister commented that the Junction City could sell Apollo for a substantial amount of money, to which Mr. Williams objected on the record, stating Apollo is his personal dog that he acquired from Mr. Carr. Sometime after that meeting, the Keister was sworn in as Mayor of Junction City. Thereafter, the Junction City in conjunction with Chief English began to conspire to remove Apollo from Mr. Williams. In fact, the search warrant affidavit itself mentions that Mayor Keister directed Chief English to make getting possession of Apollo her "first order of business as Chief."

On January 5, 2024, Chief English applied for a search warrant claiming that Mr. Williams has property belonging to Junction City and was wrongfully withholding it, despite the fact that Mr. Williams was actually still employed by Junction City and never refused to return any property belonging to Junction City. On January 5, 2024, Chief English applied for a search warrant making other claims about Mr. Williams's employment history, which have no bearing on any alleged criminal offense and are purely civil in nature. On January 5, 2024, Chief English applied for a search warrant *with knowledge that all of the claims made therein were civil matters involving an employee dispute or were otherwise disputed by Mr. Williams.* On January 5, 2024, Chief English applied for a search warrant *without conducting any reasonable investigation into Mr. Williams' claims that he was the owner of Apollo.* On January 5,

2024, Chief English executed a criminal search warrant to advance the Junction City's position in a civil employee dispute. Despite Mr. Williams' cooperation with Junction City, including extensive attempts to contact Junction City via its Mayor, none of which were mentioned in the search warrant affidavit, Chief English obtained a search warrant on January 5, 2024.

On January 5, 2024, Chief English, assisted by numerous City of Lancaster Police Officers, forcibly removed Mr. Williams' dog, Apollo, from his residence, along with other personal property belonging to either Mr. Williams or one of his employers. Items removed belonging to Junction City were police patches that Mr. Williams paid for personally and affixed to his work uniforms as part of his employment with Junction City and other items that Mr. Williams told Junction City were in his possession as part of his employment duties.

Despite the main purpose of the warrant allegedly being Junction City's recovery of Apollo, the search warrant return inventory did not reflect that Apollo was seized by Chief English or Junction City until it was later amended after a lawsuit was filed. No interview of Mr. Carr was attempted by Junction City until after the civil lawsuit was filed, despite Junction City knowing that Mr. Williams claimed to have personal ownership of Apollo via Mr. Carr. No criminal charges have been filed to date (over 5 months after the seizure) and thus, Mr. Williams is an aggrieved person, not a criminal defendant, who has an interest in the unlawfully seized property. In support of these facts, the affidavit of Mr. Williams is attached hereto as Exhibit A, respectively.

Apollo is a unique form of personal property with characteristics that cannot be precisely duplicated. Apollo is expirable property. Each moment that Apollo is gone is a

moment in time that a dog owner, Mr. Williams, cannot recover. Mr. Williams, via counsel, demanded the return of Apollo. Junction City has not responded. For the foregoing reasons, the seizure of Apollo was unlawful. Junction City did not have probable cause that a crime had been committed by Mr. Williams and used a search warrant to advance their position in a purely civil dispute over ownership of a dog. Junction City and Chief English further mislead this Court about the nature of the case. Mr. Williams requests Apollo's return to him. Williams further requests that the aforementioned dog be returned in the same condition as at the time it was taken pursuant to R.C. 2981.03(A)(4).

Respectfully submitted,
HOLLAND & MUIRDEN

DanaMarie K. Pannella (#0090221)
1343 Sharon-Copley Road, P.O. Box 345
Sharon Center, Ohio 44274
(330) 239-4480; Fax (330) 239-6224
E-mail: dpannella@hmlawohio.com

## CERTIFICATE OF SERVICE

A copy of the foregoing was sent via email to Junction City Solicitor and Prosecutor Cindy O'Neill to oneil.lawoffices@gmail.com and to the Perry County Prosecutor by facsimile to (740) 342-3577 on May 15, 2024.

Attorney for Defendant

## Affidavit of Casey D. Williams

I, Casey D. Williams, being first duly sworn, deposes and says:

1. My name is Casey D. Williams. I reside in Lancaster, Ohio.

2. I am the owner of a male Belgian Malinois breed dog named Apollo, who was unlawfully seized from my property by the Village of Junction City on January 5, 2024. I have reviewed the Motion to Return Property. All of the facts that pertain to me, my ownership of Apollo, and the circumstances of his unlawful seizure are accurate and correct that are contained therein.

3. I request that the aforementioned dog be returned to me in the same condition as at the time it was taken

_____
Casey D. Williams

STATE OF OHIO          )
                                   ) ss
COUNTY OF Franklin   )

Before me this date appeared Casey D. Williams and did swear that the above statements are true and accurate to the best of his knowledge and belief.

Date: 2/13/2024

_____
Notary Public    Exp. 02/20/2028

Exhibit A

Village of Junction City
Council Meeting Minutes
9/6/2023

Mayor Shawn Ward called the meeting to order with Council members Jamie Strohl, Erika Pargeon, John Clark, Ron Gleason, Dave Spillman, and Rhonda Stalter in attendance. Community members in attendance include Jennifer Deitrich, Ali VanWey, Brandon Van Wey, Michael Finck, Leslie Finck, Chris Clutter, Jennifer Clutter, Josh Hartshorn, Zachary Mercer, Tim Clark, Mary Clark, Ashley Jones, Larry Deitrich, Ed Keister, Ashley Green, Daniel Purvis, James Rainey, Marisa Pacino, and Peggy Deitrich.

Motion to approve the previous Council meeting minutes dated 8/16/23 was made by Rhonda Stalter, second by Erika Pargeon.

Motion Passed Unanimously

Motion to waive reading of previous Council meeting minutes dated 8/16/23 was made by Rhonda Stalter, second by Dave Spillman.

Motion Passed Unanimously

Motion to excuse Dave Spillman from meeting was made by Erika Pargeon, second by Jamie Strohl.

Motion Passed Unanimously

John Kinder took the floor with the following items to discuss.
- Nothing new. Mark doing a good job.

Mark Tracy took the floor with the following items to discuss.
- Been putting cold patch down and started putting new water meters in the ones that don't read.
- John Clark's dad helped on Elm where Poling house is, to drive truck while cold patch is unloaded.
- John Clark helped get floats untangled at slip tubes.
- John Clark mentioned that he had Community Service workers come and help around the Village.
- Slip tubes are fixed and working properly. Coming Friday to put the new sensors in the lift stations.

Community members took the floor with the following items to discuss.
- Jennifer Deitrich-Quite a few questions-1st question-was Joey rehired? Mayor Ward answered Joey was voted in as rehired as of Monday August 14th. He is no longer with us now because it would cost him more to work here than he would make. He is no longer the Chief, nor is he employed by the Village at all. John Clark asked why no one was aware of this? Mayor Ward said because it just happened Monday and had to wait for paperwork to go through and it just went through today. Tim Clark asked if he had received any paychecks since he had been rehired? Mayor said he has not received any paychecks.

1

- Is a pool of applicants for the Chief position? Mayor said there is no pool. What is the pay for the position? Mayor said $12.00/hour. Tara mentioned that the only fund that can pay the Chief is the General Fund.
- What can we do to raise the pay? Tara said that she will need to do a big property tax levy with a significant increase in taxes. If we did a municipal tax, we would pay more for the agency to collect than we would make. Could possibility ask Township to put on another levy? Township is not against this, but not sure if Township residents will approve another levy.
- Ashley Green asked about the water on E. Main St. Had to put drains in front yard due to water from hill side. This causes water issues on E. Main and frozen spot in winter time. Talked to water department and there has never been a drain in that area. Tara has called everywhere and no one has any info on this "drain".
- Larry Deitrich asked if the junk ordinance letters have been sent. Tara said no and that she is not driving around looking for problem properties.
- Mike Finck mentioned the Christmas lights. Our poles are not fitted with outlets. We need new poles.

Asst. Chief Sawvel took the floor with the following items.
- Chief Mason is out on medical leave for an undetermined amount of time. Will let him handle the details.
- Ice cream social was September 3rd. Made 119 gallons initially. Sold out in 2 hours. Wonderful turn out. Over 100lbs of food that sound out and had to make more.
- All battery powered extrication tools were serviced 3 weeks ago. Having an issue with batteries because of computer chip that communicates between the battery and the tool. Everything is supposed to be under warranty, company supposed to come back once software is available to fix this issue. Keeping batteries out of tool is a temporary fix.
- Bought 2 new water cans for the rescue.
- Open house on October 22.
- 3 members that are going to a training in New York on October 28th for rescue jacks. One day course for certification. Ron Sawvel, Devan Gordon and Brandon Van Wey would like to go. $325 per student plus lodging.

Motion to send department members to training in New York was made by Erika Pargeon, second by Rhonda Stalter.

Motion Passed Unanimously
- Hire 3 more part-time employees. Tara asked for paperwork on them as soon as possible.
- John Clark asked if they are doing Halloween again. Ron said yes, they are doing the haunted bay.
- Brush truck is going out, talked about a year ago regarding grant for this. Mayor Ward said that he will reach out to Mike Betts and see where we are regarding this. Hopefully have a answer by end of month.

- Engine 231 is going to need to be replaced. Medic 231 needs replaced as well. These 2 trucks are slowly deteriorating.
- May 10th had structure fire on Township Rd. 239, Somerset Fire tried to use a couple of hydrants and the one on 668 had gravel in it and it went through apparatus. Bill for $8,900-Mayor asked Sawvel to see if Reading Township had claimed this on insurance. Sawvel said he would check and let us know.
- Received Grant from EMS-originally was $800, now it is $4,800. This will help pay for a McGrath video laryngoscope.

Ron Gleason took the floor with the following items to discuss.
- Nothing new.

Rhonda Stalter took the floor with the following items to discuss.
- Nothing new.

Jamie Strohl took the floor with the following items to discuss.
- Nothing new.

Erika Pargeon took the floor with the following items to discuss.
- Nothing new.

John Clark took the floor with the following items to discuss.
- Need executive session for personnel issues. Would like to raise Mark's pay by $2.00/hour since he is the only one right now. We will revisit raise in 90 days. Tara mentioned that he is still on probation until September 21, so keep that in mind.
- Ask Casey if he would like to be interim Chief. Mayor said he would ask him.

Mayor Ward took the floor with the following items to discuss.
- Received one application-asked Dave Spillman to call and set up interview. Mayor said to set up for 9 a.m. on Monday. Asked John Clark to call him for interview.

Tara Theado took the floor with the following items to discuss.
- Mitigation Resolution needs approved.
- Expenditures
- Ordinance for possession of a 2019 Dodge Charger cruiser.

Motion to give Mark Tracy a $2.00/hour temporary raise for 90 days or until we are able to find another person that could take the spot of supervisor was made by John Clark, second by Erika Pargeon.

Motion Passed Unanimously

3

Motion to set trick or treat on Thursday, October 26 from 6 to 7:30 p.m. was made by Erika Pargeon, second by Rhonda Stalter.

Motion Passed Unanimously

Motion to allow Officer Williams to sign documents and pick up the new cruiser was made by Erika Pargeon, second by Rhonda Stalter.

Motion Passed Unanimously

Motion to hire Casey Williams as interim Chief, 24 hours a week was made by John Clark, second by Erika Pargeon.

Motion Passed Unanimously

Motion to adopt the County Mitigation plan was made by Rhonda Stalter, second by Erika Pargeon.

Motion Passed Unanimously

Motion to enter executive session regarding personnel issues was made by Erika Pargeon, second by Jamie Strohl.

Motion Passed Unanimously

Motion to exit executive session regarding personnel issues was made by Rhonda Stalter, second by Erika Pargeon.

Motion Passed Unanimously

Motion to enter executive session regarding personnel issues was made by Rhonda Stalter, second by John Clark.

Motion Passed Unanimously

Motion to exit executive session regarding personnel issues was made by Dave Spillman, second by John Clark.

Motion Passed Unanimously

Motion to approve 8/16/23-8/31/23 expenditures was made by Erika Pargeon, second by Jamie Strohl.

Motion Passed Unanimously

Next meeting will be on September 20, 2023 at the Mayor's office.

Motion to Adjourn was made by Erika Pargeon, seconded by Ron Gleason.

Motion Passed Unanimously

Tara L. Theado
Fiscal Officer

Ronald Gleason
Council President  Council

**IN THE FAIRFILED COUNTY MUNICIPAL COURT**
**FAIRFIELD COUNTY, OHIO**

STATE OF OHIO,                                    :

          Plaintiff,                         :               Case No. Search Warrant
                                                     No Case Number Assigned

vs.                                               :               Judge Fields

CASEY D. WILLIAMS,                                :

          Defendant.                         :

**AFFIDAVIT OF AMY ENGLISH, CHIEF OF POLICE FOR THE VILLAGE OF JUNCTION CITY, OHIO**

STATE OF OHIO                      )
                              )   ss
COUNTY OF PERRY                    )

Now comes Amy English and states for her Affidavit in the above-captioned matter as follows:

1.     I am over 18 years old, of sound mind and body, and being duly sworn according to law, make the statements in this, my sworn affidavit, upon actual and personal knowledge, and under penalty of perjury.

2.     I am the Chief of Police for the Village of Junction City, Ohio located in Perry County, Ohio and have held that role since January 3, 2024.

3.     On the day that I became Chief of Police for the Village of Junction City, Ohio, I was generally aware that Casey Williams had been an auxiliary officer for the Village of Junction City; that Casey Williams had been the interim Chief of Police for the Village while it searched for a new Chief of Police; and that Casey Williams had been tasked with housing the police canine known as Apollo for the Village while the Village sought a new Chief of Police.

4.     One of my first acts as Chief of Police was the request that Casey Williams return the police canine known as Apollo to the Village since it had been paid for by the Village and was Village property. Mr. Williams refused to do so and was insubordinate during his outburst refusing to return village property.

5.     Mr. Williams is not trained or qualified to be a handler for a police canine.

6. I am generally aware that Mr. Williams has had previous issues with law enforcement in other jurisdictions and has been charged with impersonating a police officer, although he later pleaded guilty to a lesser charge or mishandling a firearm.

7. As a result of Mr. Williams' refusal to return Village property to the Village, a criminal investigation was initiated. I am currently aware that the investigation remains ongoing and that the Perry County Prosecutor's Office anticipates bringing the case to a grand jury. However, the current Perry County Prosecutor is in the middle of retiring and his successor has not yet had an opportunity to bring the matter to grand jury.

8. A copy of the check that the Village issued in order to pay for the police canine known as Apollo is attached hereto as Exhibit 1.

9. A copy of the search warrant I obtained to retrieve possession of Village Property, including the police canine known as Apollo is attached hereto as Exhibit 2.

10. Based upon my investigation, Mr. Williams was never the lawful owner of the police canine known as Apollo; that animal was the property of the Village of Junction City, Ohio at all times relevant.

11. Former Village of Junction City Mayor Shawn Ward was interviewed regarding this criminal investigation on March 9, 2024. During this interview, former Mayor Ward stated that Williams had asked him what he should do if the Village asked him to return the dog, to which Ward stated, 'Return the dog."

FURTHER AFFIANT SAYETH NAUGHT.

_____
Amy English

SWORN TO BEFORE ME and subscribed in my presence by the said Amy English on this 27TH day of May 2024.

_____
Notary Public

TROY B. SMITH
Notary Public, State of Ohio
My Commission Expires
July 26, 2024

2

**EXHIBIT 1**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

| | FIRST NATIONAL BANK FOUNDED 1863 | VOID AFTER 1 YEAR VILLAGE CLERK/TREASURER | 29079 |

**TO THE TREASURER OF THE VILLAGE OF JUNCTION CITY, OHIO**
P.O. BOX 105   (740) 987-4121
JUNCTION CITY, OH 43748

56-638/441

| AMOUNT | WARRANT NO. | DATE |
| --- | --- | --- |
| $400.00 | 29079 | 12/08/2021 |

Four Hundred Dollars and 00/100

Cierra Gill

⑈"029079"⑈ ⑈044106384⑈:300004108"

20211209 21 047 005   USAA FSB - SAT  021  0047  0290  20211209
012023459 0290    >>314074  USAA FSB - SAT        >>314074269<<
20211209 012023459          >>314074269<<

Cierra Gill

**EXHIBIT 2**

FAIRFIELD COUNTY MUNICIPAL COURT
136 West Main Street
Lancaster, Ohio 43130

The State of Ohio,                           Case No._____

    Plaintiff,

vs.

Casey Donavan Williams,

    Defendant.                           **A F F I D A V I T**
                                   (for Search Warrant)

**THE STATE OF OHIO, COUNTY OF FAIRFIELD, ss:**

The undersigned, being duly sworn before the undersigned Judge of this Court of Record, says that Affiant has reason to believe that within the jurisdiction of this Court in Fairfield County, Ohio, there is:

**Location, and/or Item, and/or Person(s) to Be Searched:**

2009 Sunlight Court, Lancaster, Fairfield County, Ohio. The residence of Casey Donavan Williams. The residence is further described as a two-story housing unit with beige siding and stonework. Each housing unit is individually numbered with a specific address. 2009 Sunlight Court is specifically between the residences numbered 2007 to the right, and 2011 to the left. The residence has a small shrub to the left of the front door. There is no porch, but the black front door has a transom above it which is covered with a shingled awning with white woodwork. There are three visible windows on the front of the residence: two upstairs, and one on the first floor, to the right of the front door. There is no driveway or garage; however, there are parking spaces that face the residence. The search is to include any and all outbuildings and storage units for the residence, and motor vehicles on the curtilage Williams has access to.

**Property/Data/Items to be searched for and/or seized:**

Property belonging to the Village of Junction City and the Village of Junction City Police Department including but not limited to documents, badges, patches, and other insignia identifying the Village of Junction City and the Junction City Police department, department equipment including vehicles, keys, radios, a cell phone (740-605-1141), a small gun cabinet, K9 unit equipment and a K9 dog named Apollo.

**And the offense in relation thereto is a violation of the following section(s) of the Ohio Revised Code:**

R.C. 2921.41(A)(2) Theft in Office (F3);
R.C. 2913.02(A)(2)(B)(7) Theft of a Police Dog (F3);
R.C. 2921.13(A)(3)(9) Falsification (M1)

**Chief Amy English** of the Junction City Police Department, requests this Search Warrant.

**The factual basis for Affiant's above belief for search is:**

Chief Amy English has significant experience and training as a law enforcement officer. Chief English has 24 years in law enforcement, 11 of which as Chief of Police for the Village of Junction City. Chief English retired in 2021 but was recently asked to return to her previous position as Chief of Police for the Village of Junction City. Chief English was duly sworn and appointed Chief on Wednesday, January 3, 2024, at approximately 2120 hours. Chief English has investigated serious crimes including Arson of an historic landmark church and theft in office. Chief English has written, executed, and returned numerous search warrants in her career ranging from cell phones and social media to residences. Chief English completed a master's degree in criminal law from The Ohio State University Moritz College of Law in December 2022, a master's degree in criminology in December 2019, was invited to and accepted a membership in the academic scholarship of Alpha Sigma Nu and was awarded a bachelor's degree in criminal justice in 2007. Chief English has also been a certified OPOTA instructor for over a decade, specialized in the Administration and Legal topics.

Former Junction City Police Chief Joey Carr requested of former Mayor Shawn K. Ward and Village council to become a K9 Unit early in 2021. The Village of Junction City purchased a Belgian Malinois K9 dog named Apollo on December 8, 2021, from Cierra Gill in the amount of $400. Gill confirmed the copy of a cancelled Village Check #29079 was for the sale of a Belgian Malinois dog. Chief Carr and K9 dog Apollo became an OPOTC certified special purpose K9 unit on June 30, 2022, in OPOTC school # K-22-217, and recertified on April 30, 2023, in OPOTC school # K23-152. Chief Carr resigned from his position five months later on September 2, 2023, according to OPOTC form SF401. Former Mayor Shawn Ward swore in Casey Williams as interim Chief on the same day according to OPOTC SF400 form. Former Mayor Ward secured K9 Apollo for safe keeping with Interim Chief Williams. Williams neither became an OPOTC certified K9 handler under R.C. 109.73, nor did he ever re-certify K9 dog Apollo upon transfer as required in Ohio Administrative Code Rule 109:2-7-05(D). K9 dog Apollo was solely placed with Williams in a care taking function until the newly elected mayor and council members were sworn-in at the end of the year.

The Village of Junction City Mayor Edwin C. Keister was sworn into the elected office on December 31, 2023. Mayor Keister asked retired Chief of Police Amy English if she was interested in returning to the position. English expressed that she would return to the position if

asked. Amy English was duly sworn and appointed as Chief of Police for the Village of Junction City on Wednesday, January 3, 2024, at approximately 2120 hours with unanimous consent of the Village council. Interim Chief Casey Williams was reappointed as an at-will, voluntary auxiliary officer for the Village.

Mayor Keister advised Chief English that he had been having problems acquiring possession of the Village's K-9 dog Apollo from Williams. Mayor Keister had scheduled a veterinary appointment on Wednesday, January 3rd for the K9 dog Apollo to ensure the animal's vaccinations were current. Williams had possession of the dog and would not return it to Mayor Keister. Instead, Williams took K9 dog Apollo to Masterson's veterinary himself, located in Somerset, Ohio on Wednesday, January 3, 2024. Williams sent a text message to Mayor Keister explaining what he had done and information regarding the vaccination record of K9 Apollo. Mayor Keister instructed Williams to bring the K9 dog Apollo and the cruiser back to the office for the Village council meeting that evening. Mayor Keister advised Amy English that Williams brought the K9 cruiser in for the council meeting but the K9 dog Apollo was not there. Mayor Keister requested that English make her first order of business as Chief to acquire possession of the K9 dog Apollo.

Chief English, her husband Mark Ross, who was present for the appointment of his wife, (who happens to also be the Chief of Police for the Village of South Zanesville), and Williams had left the council meeting and went to the Junction City Police Department. Williams was cordial at first, until Chief English inquired about the K9 dog Apollo. Williams instantly became agitated and verbally aggressive. Williams stated that K9 dog Apollo was his personal property and that he would not surrender the dog. Chief English asked Williams of the dog's current location, to which Williams stated, "At my house because it's my personal property." Chief English asked Williams directly if it was his intention to not comply with a direct order to return Village property. Williams loudly stated "NO!" that he would not return K9 Apollo. Chief English asked Williams directly if it was his intention to be insubordinate. Williams replied that he anticipated being told to surrender the dog and that it was "exactly my intention to be insubordinate."

Chief English notified Auxiliary Officer Williams that he was immediately being placed on suspension for insubordination. Williams became verbally threatening while collecting his personal property from the K9 cruiser, demanding an immediate inventory of all department property. Williams claimed that he could have "a thousand dollars in that cruiser." Chief English asked if he had $1,000 in the cruiser and why he would have valuables of that extent in a public vehicle. Williams replied, "I don't know" and shrugged his shoulders. Williams returned to the office to gather his personal belongings.

Chief English instructed Williams to call for a ride home. Williams replied, "You're not gonna tell me what to do." At that time Chief English ordered Williams to stop what he was doing and leave the premises. Williams refused and continued to search desk drawers for his personal property. Chief English trespassed Williams from the village building. Williams ignored the lawful order and continued his search. Williams was stalling and Chief English again ordered him to leave the building. Williams replied with, "I only have two hands Ma'am". Chief English stated

that he would be arrested for criminal trespass if he didn't immediately leave. Chief English advised Williams that the suspension prohibited him from: being physical at the building, carrying a firearm under Junction City authority, and identifying himself as a Junction City Peace Officer. Williams was asked to surrender all department and vehicle keys, badges, and identification. Williams gave Chief English one door key, two cruiser key fobs, and two Velcro embroidered Junction City Police badge patches. Williams stated that he had bought the patches and had more at his home. Williams stopped at the door and advised that he did not have any police identification but had possession of more patches and badges that he had purchased and were his private property. Williams further stated, "Yes, I may have some more property at home." Williams was asked to relinquish all department keys and Police Department credentials. Williams stated that he did not have a police ID, which is unlawful to carry a weapon and a badge without police credentials (potential impersonating). Williams also stated that he has departmental badge that he purchased personally. Again, law enforcement badges with Village insignia are property of the village represented on it.

Williams has a history of retaining police department property and inappropriate use of such property. Williams was arrested for impersonating a Pickaway County deputy in Whitehall in 2021, this incident has become known to over 11 million viewers as "the TikTok cop." Williams finally left the building at approximately 2200 hours. There had been numerous complaints lodged during Williams' caretaking of K9 dog Apollo. One reported incident to the Perry County Sheriff's Office from Wilmington PD advised that Williams was working private security using the Junction City Police cruiser and the K9 dog Apollo with him. Williams advised council that he was conducting a fund raiser for the K9 unit. Another incident Columbus PD reported to Perry County Sheriff's Office was of reckless and tailgating driving of the Junction City Police cruiser which drove and parked at a private security business. It should be noted that Williams works full time for Patriot Protection Services, located at 433 Industry Drive, Columbus, Ohio. Unofficial complaints included the general public observing Williams, dressed in all black wearing a full duty belt with a gold badge on his waistband, operating the Junction City police cruiser in Lancaster, Ohio at various businesses such as Great Cuts, Panera Bread, and IHop at times he was not working for the village of Junction City.

The following day, Thursday, January 4, 2024, Mayor Keister met Chief English at the Village office. Mayor Keister gave documentation to Chief English that Williams had filed for private ownership of Police K9 dog Apollo with the Perry County Auditor's office on October 12, 2023, under the provisions of R.C. 955.012. Upon further investigation, no council resolutions or ordinances were documented giving William's authority to acquire publicly funded property for personal use.

Mayor Keister and several council members advised Chief English that Williams had addressed council requesting to purchase said K9 for $1 under R.C. 9.62(B) (disbanding of K9 unit) as documented in Council minutes of record in December 2023. This further demonstrates William's intent to deceive not only the Village of Junction City in furtherance in the commission of a theft offense, but the misleading of the Perry County Auditor as the holder of Police K9 ownership records.

It is Chief English's belief that Junction City badges, patches, insignia, as well as Village, police, and K9 records and documents are currently being concealed at William's residence, through his own admission that he does in fact possess such items at his residence, "and that's where they'll stay." Chief English believes that due to William's conflict with Mayor Keister and aggressiveness toward herself, Williams may likely cause to harm to Village property, and /or abscond with K9 dog Apollo.

Based on the facts presented above, your Affiant respectfully requests a search warrant be issued for the above-described phone for the above-described information.

Affiant further request that she and any other assisting agency be permitted to analyze said property beyond the three day rule for initial execution of this search warrant.

A nighttime search: _____ is, _xx_ is not requested.

_xx_ No exhibit is/are attached hereto.

___ One or more exhibit(s), identified as Exhibit(s)_____ is/are attached hereto and made a part hereof.

Chief Amy English
Junction City Police Department
Affiant

Sworn to by Chief Amy English, Junction City Police Department, on the _5_ day of _____, 2024.

JUDGE OF SAID COURT

-seal-

The State of Ohio,                                    Case No._____

                          Plaintiff,

        vs.

Casey Donavan Williams,

                          Defendant.                    <u>SEARCH WARRANT</u>

---

THE STATE OF OHIO, COUNTY OF FAIRFIELD, ss:

TO:              Chief Amy English, Junction City Police Department, and any other law
                 enforcement officer/agencies whose assistance may be required.

As Judge of the above Court of record, I hereby command you to search within the jurisdiction of
this Court in Fairfield County, Ohio, within three (3) days of the issuance of this warrant for the
following:

### Location, and/or Item, and/or Person(s) to Be Searched:

2009 Sunlight Court, Lancaster, Fairfield County, Ohio. The residence of Casey Donavan Williams. The residence
is further described as a two-story housing unit with beige siding and stonework. Each housing unit is individually
numbered with a specific address. 2009 Sunlight Court is specifically between the residences numbered 2007 to the
right, and 2011 to the left. The residence has a small shrub to the left of the front door. There is no porch, but the
black front door has a transom above it which is covered with a shingled awning with white woodwork. There are
three visible windows on the front of the residence: two upstairs, and one on the first floor, to the right of the front
door. There is no driveway or garage; however, there are parking spaces that face the residence. The search is to
include any and all outbuildings and storage units for the residence, and motor vehicles on the curtilage Williams has
access to.

### Property/Data/Items to be searched for and/or seized:

Property belonging to the Village of Junction City and the Village of Junction City Police Department including but
not limited to documents, badges, patches, and other insignia identifying the Village of Junction City and the Junction
City Police department, department equipment including vehicles, radios, keys, gun cabinet, cell phone 740-605-1141,
K9 unit equipment and K9 dog named Apollo, a two year old Malinois.

### And the offense in relation thereto is a violation of the following section(s) of the Ohio Revised Code:

R.C. 2921.41(A)(2) Theft in Office (F3); R.C. 2913.02(A)(2)(B)(7) Theft of a Police Dog (F3);
R.C. 2921.13(A)(3)(9) Falsification (M1)

You are further granted authorization for any further investigation or analysis of said property that
may require going beyond the three-day rule for initial execution of this search warrant.

It shall be executed in the daytime.

Dated: _1-5-24_

                                                        _____
                                                        JUDGE OF SAID COURT

- seal -

IN THE FAIRFIELD COUNTY MUNICIPAL COURT

THE STATE OF OHIO,

CASE NO. _____

vs.

Casey Donavan Williams,

Defendant.

## MOTION TO SEAL SEARCH WARRANT, SEARCH WARRANT AFFIDAVIT, INVENTORY & RETURN

Now comes the State of Ohio, by and through the Prosecuting Attorney, and represents to the Court that the Junction City Police Department is seeking a Search Warrant in the above-referenced case. Chief English with the Junction City Police Department demonstrates a concern that the information contained in the Search Warrant, Affidavit and Inventory contains information that is sensitive to the investigation. Furthermore, public knowledge of the existence of the information contained in the above-referenced items could compromise this investigation. Therefore, the State of Ohio respectfully requests that the Court seal the Search Warrant, Search Warrant Affidavit, and Inventory and the Return made in connection with this case for a period of three (3) days.

Respectfully submitted,

Bridget A. Cull (0088319)
Assistant Prosecuting Attorney
Fairfield County Prosecutor's Office
bridget.cull@fairfieldcountyohio.gov

IN THE FAIRFIELD COUNTY MUNICIPAL COURT

THE STATE OF OHIO,

vs.

CASE NO. _____

Casey Donavan Williams,

Defendant.

**E N T R Y**

Upon Motion of the State of Ohio to seal all documents related to the Search Warrant, Search Warrant Affidavit, the Inventory, and the Return, made in connection with this case, and for good cause shown, it is **ORDERED** that all documents related to the Search Warrant, Search Warrant Affidavit, the Inventory, and the Return made in connection with this case be **SEALED** for a period of three (3) days from the date of this Entry.

_____
JUDGE OF SAID COURT

APPROVED BY:

_____
Bridget A. Cull (0088319)
Assistant Prosecuting Attorney
bridget.cull@fairfieldcountyohio.gov