**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

CASEY WILLIAMS,                                                      :

                       Plaintiff,                         :          Case No. 2:25-cv-01507

***vs.***                                                                  :          Judge Edmund A. Sargus, Jr.
                                                         Magistrate Judge Chelsea M. Vascura

THE VILLAGE OF JUNCTION CITY, *et al.*,  :

                       Defendants.                   :

### RULE 26(f) REPORT

       Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on April 8, 2026 and was attended by:

 DanaMarie K. Pannella_____, counsel for plaintiff(s) Casey Williams_____,

_____, counsel for plaintiff(s)_____,

Matthew S. Teetor_____, counsel for defendant(s) Village of Junction City,
                                              Amy English, and Edwin Keister,

_____, counsel for defendant(s)_____

Counsel represent that, during the meeting, they engaged in a meaningful attempt to meet and confer on the matters outlined below.

1.      CONSENT TO MAGISTRATE JUDGE

Do the parties consent to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)?

_____Yes    X____No

1

2.      INITIAL DISCLOSURES

Have the parties agreed to make initial disclosures?

 X   Yes      _____No      _____The proceeding is exempt under Rule 26(a)(1)(B)

If yes, such initial disclosures shall be made by:

     April 20, 2026.

3.      VENUE AND JURISDICTION

Are there any contested issues related to venue or jurisdiction?

_____Yes      X   No

If yes, describe the issue:

If yes, the parties agree that any motion related to venue or jurisdiction shall be filed by:

4.      PARTIES AND PLEADINGS

   a.  The parties agree that any motion or stipulation to amend the pleadings or to join
       additional parties shall be filed by:

       May 1, 2026.

   b.  If the case is a class action, the parties agree that the motion for class certification shall be
       filed by N/A_____ .

5.      MOTIONS

   a.  Are there any pending motion(s)?

           _____Yes      X   No

       If yes, indicate which party filed the motion(s), and identify the motion(s) by name and
       docket number:

   b.  Are the parties requesting expedited briefing on the pending motion(s)?

2

_____Yes     X___No

If yes, identify the proposed expedited schedule:

Opposition to be filed by_____; Reply brief to be filed by_____.

6.      ISSUES

Jointly provide a brief description of case, including causes of action set forth in the complaint, and indicate whether there is a jury demand:

This is a refiled lawsuit in which Plaintiff, a former police officer and interim Police Chief for the Village of Junction City, alleges illegal seizure of a police dog, deprivation of due process, violation of Ohio's Constitution, retaliatory and malicious prosecution, civil conspiracy, a *Monell* claim, conversion, abuse of process, intentional infliction of emotional distress, and FLSA violations.  Defendants deny liability.

7.      DISCOVERY PROCEDURES

a.  The parties agree that all discovery shall be completed by:

February 1, 2027.

The parties agree to schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and to file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so.  If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court.  To initiate a telephone conference, counsel are directed to join together on one line and then call the Magistrate Judge's chambers or provide the Court with a call -in number.

b.  Do the parties anticipate the production of ESI? X____Yes_____No

If yes, describe the protocol for such production:  The parties anticipate production of ESI including emails and text messages, and will cooperate with that production through counsel.

c.  Do the parties intend to seek a protective order or clawback agreement? Not at this time.

If yes, such order or agreement shall be produced to the Court by_____.

3

8.      <u>DISPOSITIVE MOTIONS</u>

    a.   Any dispositive motions shall be filed by:

       March 1, 2027.

    b.   Are the parties requesting expedited briefing on dispositive motions?

       \_\_\_\_\_Yes    <u> X  </u>No

       If yes, identify the proposed expedited schedule:

       Opposition to be filed by_____; Reply brief to be filed by_____.

9.      <u>EXPERT TESTIMONY</u>

    a.   Primary expert reports must be produced by:

       August 31, 2026.

    b.   Rebuttal expert reports must be produced by:

       September 30, 2026.

10.    <u>SETTLEMENT</u>

Plaintiff(s) will a make a settlement demand by:

       May 1, 2026.

Defendant will respond by:

       May 15, 2026.

The parties agree to make a good faith effort to settle this case. The parties understand that this case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference. The Court refers cases to settlement throughout the year.  The parties request the following month and year:

       October 2026

In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference. The parties understand

that they will be expected to comply fully with the settlement conference orders which require, *inter alia*, that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

11.     RULE 16 PRETRIAL CONFERENCE

Do the parties request a scheduling conference?

 X    Yes, the parties would like a conference with the Court prior to it issuing a scheduling order.   The parties request that the conference take place _____ in chambers X____ by telephone.

_____ No, a conference is not necessary; the Court may issue a scheduling order after considering this Report.

12.     OTHER MATTERS

Indicate any other matters for the Court's consideration:

Signatures:

Attorney for Plaintiff(s)                                    Attorney for Defendant(s):

/s/ DanaMarie K. Pannella [per email authority 04.08.26]     /s/  Matthew S. Teetor
Counsel for Plaintiff Casey Williams                         Counsel for Defendants Village of Junction
Bar # 0090221                                                             City, Amy English and Edwin
                                                                          Keister
                                                             Bar # 0087009

Date:   April 8, 2026